444 A.2d 653

**Paul PETRAGLIA, Appellant,**

v.

**AMERICAN MOTORISTS INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided April 30, 1982.

Richard D. Gilardi, Alfred S. Pelaez, Gilardi & Cooper, P.A., Pittsburgh, for appellant.

Charles Kirshner, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## ORDER

PER CURIAM:

Order, 284 Pa.Super. 1, 424 A.2d 1360, Affirmed. See *Schreiber v. Pennsylvania Lumberman's Mutual Insurance Co.,* 498 Pa. 21, 444 A.2d 647 (1982).

NIX, J., files a concurring opinion.

KAUFFMAN and WILKINSON, JJ., did not participate in the decision of this case.

NIX, Justice, concurring.

The record in this case does not present a situation warranting equitable intervention; *see, e.g., Schreiber v. Pennsylvania Lumberman's Mutual Insurance Company,* 498 Pa. 21, 26, 444 A.2d 647, 649 (1982) (Nix, J. dissenting). Therefore I concur in the result.